NOV-13 '23 AM 9 :06

R.I. Local Form 1007-1.2
(Rev. 7/1/15)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - *
In re:                                    :
    Mirna Ferla
                                          :          BK No.
Debtor(s)                                            Chapter
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - *

### CERTIFICATION BY PRO SE DEBTOR

On  11/13/2023 , a voluntary bankruptcy petition was filed by the undersigned,
appearing pro se and without legal counsel. Certification is hereby made that:

**CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME
AND ADDRESS OF ASSISTANCE PROVIDER:**

(1) ____✓____ No persons and/or entities, other than myself/us, assisted in the
preparation, typing, and/or completion of said petition and/or related schedules;

(2) _____ the following persons and/or entities constitute the only persons/entities
who assisted in the preparation, typing, and/or completion of said petition and all related
schedules, and represent the only sums paid by me/us for these services:

NAME AND ADDRESS OF ASSISTANCE PROVIDER          TOTAL AMOUNT PAID

_____          _____

_____

_____

**I hereby certify under penalty of perjury that the above information is true and accurate
to the best of my knowledge. I am aware that the providing of false or incomplete
information may result in the denial of discharge in bankruptcy and/or other sanctions.**

11/13/2023
DATE                                    SIGNATURE
                                        Phone number (401) 996 4135

*WOULD YOU LIKE TO RECEIVE COURT NOTICES SOONER BY E-MAIL INSTEAD OF
REGULAR MAIL?*
*See reverse side for information about this new electronic noticing service available to debtors.*