NOV-13 '23 AM 9:06

R.I. Local Form 1007-1.3

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
------------------------------*
In re:                        :
   Mirna Ferla                :  BK No.
        Debtor(s)              :  Chapter
                              :
------------------------------*

## STATEMENT OF EXIGENT CIRCUMSTANCES

Pursuant to 11 U.S.C. § 109(h)(3)(A), debtor[1] __Mirna Ferla__, asks the Court to determine that debtor's certification herein is satisfactory and warrants a temporary waiver of the credit counseling requirements of 11 U.S.C. § 109(h)(1) and that debtor be given 30 days from the date of filing of the petition to complete budget and credit counseling and file a certificate of completion with the court.

**Debtor's certification:** I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now:

_I got sick & I went to the emergency room (health reason)_

I certify under penalty of perjury that the information provided above is true and correct.

Debtor's Signature: _[signature]_
Name of Debtor: _Mirna Ferla_
Debtor's address: _182 Pocahontas Dr / Warwick 02888_
Debtor's telephone: _401-9964135_

DATED: _11/23/2023_

_____
Attorney for the Debtor

---

[1] If the circumstances apply to each debtor in a joint case, submit a separate statement for each debtor.