UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: __Mirna Ferla__

Debtor (s)

Case No. __1:23-bk-10719__
Chapter __13__

## MOTION TO EXTEND TIME

NOW COMES THE DEBTOR(S), and moves this Court for an extension of time up to and including the __20__ day of __November December__. The additional time is necessary to file the following documents:

Please check off one selection below:

☐ All documents listed on the 7 Day Order to File Missing Documents and Notice of Automatic Dismissal for Non-Compliance.

☒ All documents listed on the 14 Day Order to File Missing Documents and Notice of Automatic Dismissal for Non-Compliance.

☐ All documents listed on both the 7 and 14 Day Orders to File Missing Documents and Notice of Automatic Dismissal for Non-Compliance.

☐ Other *(please identify)*:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

The additional time is needed because __I miss read my letter & I need time Please to get Counsel. Due to health issues (w/emergency room)__ (I thought I read that I have til 12/13/2023)

_/s/ Mirna Ferla_
Debtor (Mirna Ferla)

_____
Joint Debtor

__11/27/2023__
Date

_____
Date