# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

In Re: Mirna Ferla                                                                 Case Number: 23-10719    Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Motion to Extend Time to File Missing Documents (Doc. #13)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor must file the **Creditor Matrix (List of Creditors) by December 11, 2023**. All other missing documents must be filed by **December 20, 2023**. Failure to timely file comply with these deadlines will result in the dismissal of the case without further notice or hearing.

IT IS SO ORDERED:

*Diane Finkle*    Dated: **11/27/23**

Diane Finkle, U.S. Bankruptcy Judge