*UNITED STATES BANKRUPTCY COURT*
DISTRICT OF RHODE ISLAND

---

In Re: Mirna Ferla

Debtor(s)

BK No. 1:23–bk–10719

Chapter 13

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE MISSING DOCUMENT(S)

Pursuant to this Court's *Order to File Missing Documents and Notice of Dismissal If Documents are Not Timely Filed* issued on 11/13 & 11/27, and the debtor's failure to comply by filing these missing documents, a motion to extend time to do so, or to file a request for relief pursuant to LBR 1017–2(b), it is ordered that the case is dismissed.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **12/21/23**

Entered on Docket: **12/21/23**
Document Number: **19 – 6, 14**

172m.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*